UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF UNION CITY, et al.,<br><br>        Defendants. | Case No. 14-cv-00272-MEJ<br><br>**ORDER CONTINUING CMC AND RELATED DEADLINES**<br><br>**ORDER RE: SERVICE DEADLINE** |

       The Court is in receipt of Plaintiff Gary Castro's Request to Continue Case Management Conference and related deadlines. Dkt. No. 6. Good cause appearing, the Court GRANTS Plaintiff's request and CONTINUES the CMC to July 24, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint CMC Statement by July 17, 2014. All deadlines established in the Initial Case Management Scheduling Order are adjusted accordingly. *See* Docket No. 2. Plaintiff shall complete service in compliance with Federal Rule of Civil Procedure 4 and file proof of service by June 19, 2014.

       The Court advises Plaintiff that there are resources available to help with the prosecution of this case. First, Plaintiff may wish to obtain a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. The handbook is available in person at the Clerk's Office and at http://cand.uscourts.gov/prosehandbook. The Court directs Plaintiff to Chapter 8, which addresses the rules for serving documents on other parties to the lawsuit.

       Second, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate

Avenue, San Francisco, California.  At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at http://cand.uscourts.gov/helpcentersf.

    Plaintiff is hereby informed that this case may be dismissed for failure to prosecute if he does not comply with the service and case management deadlines.

**IT IS SO ORDERED.**

Dated: March 31, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge