IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO, | No. C -14-01796 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF UNION CITY ET AL, | |
| Defendant. | |

    Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on April 18, 2014, to the Honorable Judge Maria-Elena James to consider whether this case is related to <u>Castro v. City of Union City, et al.</u>, C-14-272 MEJ.  Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: May __, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge