IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF UNION CITY, et al.,<br><br>　　　　Defendants. | No. 14-0272 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST SAU NGUYEN, MASSINGHAM & ASSOCIATES, AND CATHY MOUNT SHOULD NOT BE DISMISSED** |

　　　　On January 16, 2014, plaintiff Gary Castro filed the instant complaint. To date, plaintiff has not filed proof of service of the summons and complaint upon three of the defendants, specifically, Sau Nguyen (see Compl. ¶ 7), Massingham & Associates (see Compl. ¶ 8), and Cathy Mount (see Compl. ¶ 8).

　　　　"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

　　　　Accordingly, pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than July 9, 2014, why plaintiff's claims against the above identified three defendants should not be dismissed for failure to serve within the time

//

1  required by Rule 4(m).
2  **IT IS SO ORDERED.**
3
4  Dated: June 25, 2014

_____
MAXINE M. CHESNEY
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28