IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASTRO,

    Plaintiff,

v.

CITY OF UNION CITY, et al.,

    Defendants.

                                       /

No. C-14-0272 MMC

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT**

    All remaining parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (see Doc. Nos. 3, 12), the above-titled action is hereby REFERRED to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

    **IT IS SO ORDERED.**

Dated: July 11, 2014

MAXINE M. CHESNEY  
United States District Judge