UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF UNION CITY, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-00272-MEJ<br><br>**ORDER VACATING CMC AND RELATED DEADLINES** |

　　　This matter is currently scheduled for a Case Management Conference on September 4, 2014. However, as Plaintiff's amended complaint is not due until February 13, 2015, the Court VACATES the September 4 CMC and all related deadlines.

　　　**IT IS SO ORDERED.**

Dated: August 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge