DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF UNION CITY, CHIEF OF POLICE BRIAN
FOLEY, OFFICER CHRISTOPHER FIGUEIRDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF UNION CITY, CITY OF UNION CITY POLICE DEPT., CHIEF OF POLICE BRIAN FOLEY, OFFICER CHRISTOPHER FIGUEIREDO, OFFICERS DOES 1-50, UNLAWFUL TRESPASSER SAU NGUYEN,<br><br>　　　　　Defendants. | Case No.: 14-cv-00272 MEJ<br><br>**STIPULATION TO DISMISS SUPERVISORY LIABILITY (THIRD CAUSE OF ACTION) and DEFENDANT CHIEF BRIAN FOLEY;** ~~[PROPOSED]~~ **ORDER** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff GARY CASTRO and Defendants CITY OF UNION CITY, CHIEF OF POLICE BRIAN FOLEY, and OFFICER CHRISTOPHER FIGUEIRDO ("Defendants") have met-and-conferred. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED among the parties, through their respective counsel, that the following claim(s) and defendant(s) are dismissed without prejudice.

///

78215.1

1. That portion of Plaintiff's Third Cause of Action relating to Supervisor Liability is hereby dismissed.

2. Defendant Chief of Police Brian Foley is hereby dismissed, as the only cause of action against him is Supervisor Liability.

3. The remaining portion of Plaintiff's Third Cause of Action (*Monell* liability) is not dismissed.

Respectfully submitted,

Dated: February 19, 2016    ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF UNION CITY, CHIEF OF POLICE BRIAN FOLEY, OFFICER CHRISTOPHER FIGUEIRDO

Dated: February 19, 2016    LAW OFFICES OF STEVEN TAXMAN

By: */s/ Steven Taxman*
STEVEN TAXMAN
Attorneys for Plaintiff
GARY JOSEPH CASTRO

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: February 22, 2016    _____
HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE