UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF UNION CITY, et al.,<br><br>           Defendants. | Case No.  14-cv-00272-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 88-100 |

On February 18, 2015, Plaintiff filed documents in opposition to Defendants' pending summary judgment motion. Dkt. No. 88-100. No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. Plaintiff shall immediately submit a chambers copy of the above-referenced documents. <u>ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS</u>.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge