UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF UNION CITY, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-00272-MEJ<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 80 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Defendants' Motion for Partial Summary Judgment, currently set for March 17, 2016, is CONTINUED to March 31, 2016, at 10:00 a.m. in Courtroom B on the 15th Floor of Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California. Briefing deadlines are unaffected.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge