UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br>        Plaintiff,<br>    v.<br>CITY OF UNION CITY, et al.,<br>        Defendants. | Case No. 14-cv-00272-MEJ<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 80 |

This matter is currently scheduled for a hearing on March 31, 2016 regarding Defendants' Motion for Summary Judgment.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby **VACATES** the March 31, 2016 hearing.  The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: March 30, 2016

MARIA-ELENA JAMES
United States Magistrate Judge