UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF UNION CITY, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00272-MEJ<br><br>**ORDER VACATING ALL PENDING DEADLINES PENDING SETTLEMENT CONFERENCE RESCHEDULING** |

　　　In light of the pending settlement discussions and impending trial deadlines, the Court hereby **VACATES** all pretrial and trial deadlines.  The parties shall reschedule a settlement conference with Magistrate Judge Jacqueline Corley to take place by June 20, 2016.  Once a settlement conference is scheduled, the Court will issue a revised case management order.

　　　**IT IS SO ORDERED.**

Dated: May 9, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge