UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY CASTRO,

          Plaintiff,

   v.

CITY OF UNION CITY, et al.,

          Defendants.

Case No. 14-cv-00272-MEJ

**ORDER TO FILE STATUS REPORT**

On July 5, 2016, the parties attended a settlement conference with Magistrate Judge Jacqueline Scott Corley, but the matter did not settle. Dkt. No. 118. It is thus **ORDERED** that the parties file a joint status report **by July 14, 2016** indicating the parties' prospects for settlement and whether they would like a further opportunity to attend another settlement conference with Judge Corley or to participate in another alternative dispute resolution process.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge