1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    GARY CASTRO,                          Case No. 14-cv-00272-MEJ
8                    Plaintiff,            **ORDER RE: MOTION FOR LEAVE TO**
                                           **FILE MOTION FOR**
9           v.                             **RECONSIDERATION**
10   CITY OF UNION CITY, et al.,           Re: Dkt. No. 147
11                  Defendants.
12
13          Civil Local Rule 7-9 allows a party to file a motion for leave to file a motion for

14   reconsideration of any interlocutory order. As is relevant here, "[t]he moving party must

15   specifically show reasonable diligence in bringing the motion, and . . . [t]he emergence of new

16   material facts or a change of law occurring after the time of such order[.]" Civ. L.R. 79-(b)(2).

17          Defendants City of Union City and Officer Christopher Figueiredo seek leave to file a

18   motion for reconsideration of the Court's April 2016 Order denying Officer Figueiredo qualified

19   immunity. Mot., Dkt. No. 147; *see* Order re: Mot. for Summ. J., Dkt. No. 111. Defendants'

20   Motion is based on the Supreme Court's ruling in *White v. Pauly*, 137 S. Ct. 548 (2017), which

21   Defendants contend constitutes new law regarding qualified immunity. Mot. at 4-6.

22          The Court cannot find Defendants acted diligently. Defendants argue their Motion is

23   timely because it was unknown whether Plaintiff Gary Castro would prosecute his case pro se

24   upon the withdrawal of his former counsel. *Id.* at 4; *see* Dkt. No. 125 (Nov. 22, 2016 order

25   granting motion to withdraw). The Court did not stay this case upon the withdrawal of Plaintiff's

26   counsel. Thus, while Defendants may have considered the action to be in "suspended animation"

27   (Mot. at 4), nothing prevented Defendants from seeking reconsideration as early as January 2017,

28

when the Supreme Court issued its decision in *White*.[1]  Because Defendants waited more than one

year to request leave to file the motion for reconsideration, the Court DENIES the Motion.

**IT IS SO ORDERED.**


Dated: February 28, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California

---

[1] Defendants contend the case "reactiv[ed]" when the parties filed their joint case management statement on February 22, 2018.  Mot. at 4.  But the Court scheduled the March 1, 2018 case management conference on November 21, 2017.  Dkt. No. 144.  Defendants do not explain why they waited three months after the Court scheduled the CMC to file the instant Motion.